AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

United States District Court
Southern District of Texas
FILED

**SOUTHERN** **DISTRICT OF** **TEXAS**

McALLEN DIVISION

AUG 3 1 2016

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
**Manuel Rodolfo Alvarenga-Quinteros**

AKA: **Manuel R. Alvarenga**

IAE  YOB:  1982
**El Salvador**
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:    M-16-1603-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 29, 2016** in **Hidalgo** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Manuel Rodolfo Alvarenga-Quinteros was encountered by Border Patrol Agents near Hidalgo, Texas on August 29, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 29, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 23, 2011, through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 9, 2002, the defendant was convicted of Gang Assault 1st Degree Causing Serious Physical Injury and sentenced to twelve (12) years confinement.

*Approved by AUSA D. Paxton*
*JMPark 8/31/16*

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

**August 31, 2016**                8:46 am    Julio C. Pena        Senior Patrol Agent

**Peter E. Ormsby**    , **U.S. Magistrate Judge**
Name and Title of Judicial Officer                Signature of Judicial Officer